

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-14-2004

# Kline v. Security Guards Inc

Precedential or Non-Precedential: Precedential

Docket No. 03-3404

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Kline v. Security Guards Inc" (2004). *2004 Decisions.* Paper 169.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/169

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

_____

NOS.  03-3404, 03-3610, 03-3620

_____

DAULPH KLINE; TERRY KLINE, individually, and On Behalf of All Others Similarly Situated; DAVID J. BIGG; JOSEPH T. COULSON; ROBERT L. LASH; JOHN M. SPEARS, JR., WILLIAM ALLEN; JAMES ALLEN; JOHN ALSVAN; EDWARD ANDERSON; KENNETH ARTERS, JR.; TONY AZZARELLO; TERRY BACHERT; GLENN BALTHASER; THOMAS BARTASHUS; FRANCIS BEIERSCHMITT; GERALD BENDER; JOE BICKELMAN; BRETT BILLINGS; JOSEPH BISCANTI; VERNON BLOOM, JR.; MICHAEL BODOLUS; CHRISTOPHER BORN; PATRICIA BORRELL; JEFFREY BOSTON; DAVID M. BRAMLEY; THOMAS BRENEMAN; WILLIAM BROWN; JOHN BUGERA; ANTHONY BUONO; ANTHONY CALCAGNO, JR.; JOSEPH CARDELL; RICHARD CARL; WILLIAM CARPENTER; ALAN CLOUSER; FRANK CRAMMER, JR.; ALFRED CRAMMER, JR.; TERRY CROSSELY; ROBERT CRUPI; ANDREW CUCCARO, JR.; LEE DALTON; MINH DAO; ROBERT DAVIDSON; BRENT DAVIS; TIMOTHY DEBECK; MARGARET DECKER; MARK DETTERLINE; KENNETH DEWALD; THOMAS DIETRICH; JOHN DILALLO; BRIAN DOERRMAN; KENNETH ECKERT; BERNARD EHRETS; ANTONIO ESPINOSA; JOSEPH ESSICK; GARY ETTEL; BART FAUST; STEPHEN FAUST; EDWARD FELEGI; BRUCE FISHBURN; WILLIAM FISHER; GERALD FOGARTY; RAYMOND FOLK, JR.; MICHAEL FREY; RICHARD FRITZ, JR., DERK FRONHEISER; CASEY GANSTER; JOHN GASPERETTI; JAMES GASPERETTI; SANDRA GAWNE; DENNIS GAY; DONALD GEDDIO; GEORGE GEIGER; RONALD GOREY; CARL GRAEFF; RITCHIE GRETH; PERRY GRIESEMER; GILL GROVE; JOE GUIDO; JEFFREY HANNAHOE; DOUGLAS HARRIS; RICHARD HARRIS; JAY HARTMAN; JOHN HEFT; RODERICK HELLER; GLENN HELMAN; RICH HERB; JAMES HESS; ROSE MARIE HESSLER; PATRICK HOLLYWOOD; THOMAS HOLT; JOHN HORNBERGER; MICHAEL HUBIAK; KEVIN IMPINK; GARY JAMES; CHRIS JONES; EDWIN JONES; MARVIN KACHEL; JOHN KAHN, JR.; WALTER KATCHUR; HARRY KAUFFMAN; ALLAN KEHL; MARK KERBER; LARRY KLINE; WILLIAM KOCUR; MARK KRAMMES; ALBERT KUKLIS; GARY LECHNER; TERRY LEESE; BYRON LEIBY; GRANT LEONTI; TODD LESHER; JOHN LISA; ROBERT LONG; WALTER LOOSE; EDWARD LUBAS; DAVID LUCARELLI; RAYMOND LUTZ, III; GARY MADARA; JAMES MARKUS; KARL MATTERN; JEFFREY MAULICK; JESSE MAY; EUGENE MCCLURE; RICHARD

MERSINGER; LAWRENCE MICCICKE, JR.; WALTER MILLER; RICHARD MILLER; THOMAS MOYER; RICHARD MULHOLLAND; MICHAEL MULLIGAN; THOMAS MULUTZIE; R. MUNDELL; JOHN MURRAY; CHRISTOPHER NEITHAMER; RAYMOND NEUHEIMER; DAWN NIEDZIELSKI; VITO NINFO; RAY OVERTON, JR.; GEORGE PALM, JR.; HOWARD PALMER; DONALD PAPP; CRAIG PAWLING; DAVID PHILLIPS; WILLIAM PIANO; TIM PONATOSKI; RONALD PORRINO; RORY QUINTER; TERRY RAEZER; DANIEL REEVES; KEITH REICHART; SHIRLEY REICHART; JEFFREY REIFSNYDER; DENNIS REMP; LOUIS REYES; FLOYD RHODES, IV; LOUIS RODINO; JEFFREY ROTHERMEL; GEORGE SALTZMAN, 3RD; RANDY SANDERS; SAMUEL SCHAEFER; MICHAEL SCHAEFFER; TERRY SCHAEFFER, SR.; JOHN SCHAICH; RANDY SCHIES; LINDA SCHLEGEL; DARRELL SCHLEGEL, SR.; DALLAS SCHLIECHER; THOMAS SCHWARTZ; ANTHONY SEDOTI; EUGENE SEDOTI; JAMES SELTZER; TIMOTHY SHERMAN; GENE SHIMP; GEORGE SHIREY, JR.; CHRISTOPHER SHOEMAKER; GEORGE SHUPP; PAUL SILK; JOSEPH SPICA; RICHARD STICHTER; CURTIS STIELY; DOUGLAS STROHL; THEODORE SULLIVAN; NORMAN SUNDAY; JOSEPH TOKONITZ; FREDERICK TRATE, JR.; WALTERS VACULA; RICHARD VALENTINE; BARRY WALTERS; DAVID WALTERS; BRIAN WALTERS; RICHARD WAWRZYNIAK, JR.; LARRY WEBBER; KENNETH WEIDENHEIMER; KENNETH WEIKEL; VICTOR WELLER, JR.; CALVIN WILLIAMS; LAWRENCE WILLIAMS, JR.; ROBERT WILLIAMSON; RICHARD WOLF; MARC WOLFE; MIKE XAVIOS; TERRY ZERBE; JOHN ZIATS; STEVE ARTHUR; WILLLIAM BANGS; WILLIAM BARNHART; THOMAS BARRETT; RAYMOND BARTON; MARLIN BASHORE; BRIAN BATES; PETER BECKER; RON BESSIL, JR.; HELEN BILLMAN; JAY BLANKENBILLER; BRADFORD BOLL; ROBERT BORD; PAUL BOYER; GREGORY BOYER; SAM BROBST; ROBERT CHILA, SR.; LEWIS COLLINS; BRIAN CONRAD; FERRELL COOPER; GARY COOPER; ROBERT COULTER; MICHAEL DAVIDSON; DAVID DEANGELO; PAUL DELBO, SR.; RICHARD DIEHL; LARRY DURHAM; GLENN FISHER; EVAN FOURNRIS; ANTHONY GATTO, JR.; STEPHEN GERAS; ALFRED GIACOMINI; GEORGE GRENUS; LAFAYETTE HAYES; JOHN HECKMAN, SR.; RANDY HERTZOG; DENNIS HILL; JOHN HORNING; SHAWN INGRAM; STANLEY JOHNSON; RUSSELL KLINE; LESTER KLOCK; RICHARD KOHARCHECK; KEITH KRAMMES; ROBIN KRICK; STEVEN KRUSZEWSKI; RAYMOND KUBACKI, JR.; S. KEITH KULP; PATRICIA LAYTON; THOMAS LECHNER; THEODORE LEWIS; JOSEPH LISA; ROSALIE LONG; JOSEPH MARONE; GEORGE MATALAVAGE; JAMES MAY; JACK MCNERNY, JR.; WILLIAM MERRIWEATHER; H. DAVID MILLER; JANE MILLER; WILLIAM MOLINA; ANDREW MOORE; GARY MOYER; SCOTT NEITHAMER; GLENN NEWCOMB; MAURIO PETA; GERARD PETERKA; RANDALL PHILLIPS;

RICHARD PHILLIPS; WILLIAM PICKUP, JR.; MIKE PINKASAVAGE; RONALD PRESSLEY; JEFFREY PRINCE; DON QUIRE; STEVEN REICHART; WINFRED ROMAN; KEVIN RORKE; BARRY SCHAEFFER; DONALD SCHIEN; TODD SWARTZ; GENE SEDOTI; WILLIAM SHUPP, III; ANNETTE SICENAVAGE; JAMES SIMMONS; BARRY SNYDER; ROBERT SNYDER, JR., D. STUBBLEBINE; ANGELO TADDEO; STEPHEN THOMPSON; TERRY TRAYER; JOHN WALCHAK, JR.; ROBERT WALLACE; ARLAN WEAVER; TERRY WENZ; RON WESSNER; WADE WESSNER; RICHARD WOLF; ROBERT YENSER; CHARLES ZAMBIASI; GREGORY D. ARTERS; AARON C. AUGHTRY; KENNETH BAIR; GLENN D. BEARSTIER; DALE A. BENDER; MARIO BISBANO; HARRY E. BOWERS, JR.; JIMMIE CALDWELL; JOSEPH T. COULSTON, JR.; HOWARD C. CRAWFORD, JR.; KURT D. DAHMS; GREGORY L. DUFFIN; PATRICK J. DUGGAN; ROY M. FLOWERS; LEROY G. FREY; MICHAEL J. GALAVAGE; NATHAN A. GARBER; DERRICK L. GRAVES; ARNEL C. GRETH; MICHAEL R. HANSFORD; STEVEN J. HAUGER; DENIS J. HEYDT; JOHN J. HOMKA, JR.; MARC HUNTZINGER; THOMAS C. ISETT; CHRISTOPHER W. JONES; ROBERT C. JONES; Individually and in his capacity as Pottstown Borough Manager; TIMOTHY O. KAHL; DIANE LEFFLER; GERALD E. LUTZ; WILLIAM M. MCANDREW; SCOTT R. MELL; JEFFREY S. NOLL; GEORGE R. O'NEILL; RICKY C. OSWALD; KENNETH A. PLANER; WILLIAM H. RAVERT; SALVATORE L. RIZZO; GREGORY C. SANCINELLA; RICHARD D. TOLLAND; KENNETH WARFIELD; GARY L. WEISS; LARRY L. WOLFE; JOSEPH E. YAKAITIS; FRANCIS M. ZELLER; JOHN CONTSICOS; HAROLD J. FASIG; CHARLES E. FELTY, JR.; DALE FOX; CARL FURILLO; MICHAEL GROSS; TOM HOLLAND; MARK K. OUDINOT; JEFFREY G. RACZKA, SR.; GERALD B. RHOADS; ANTHONY W. ROTKISKE, JR.; RICHARD J. SEISLER, II; JOSEPH F. SHOUMLISKY,

Appellants in No. 03-3404
Cross Appellees in Nos. 03-3610
and 03-3620

v.

SECURITY GUARDS, INC.
Appellant in No. 03-3610
Cross Appellee in No. 03-3404;

DANA CORPORATION
Appellant in No. 03-3620
Cross Appellee in No. 03-3404

3

On Appeal From the United States
District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 00-cv-00566)
District Judge:  Hon. Franklin S. VanAntwerpen
Magistrate Judge:  Hon. Linda K. Caracappa

Argued June 29, 2004

BEFORE:  AMBRO, ALDISERT and STAPLETON,
Circuit Judges

(Opinion Filed:  October 6, 2004)

ORDER AMENDING OPINION

It is now ORDERED that the precedential Opinion in the above matter filed on October 6, 2004, be amended as follows:

Page 21, bottom left column:  "New Jersey's" should be replaced with "Pennsylvania's" so that the paragraph reads in part, "Section 16 of Pennsylvania's Detective Act . . . ."

By the Court

  /s/  Walter K. Stapleton
United States Circuit Judge

DATED:  October 14, 2004